**Francisco CUEVAS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 02–3175.

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2002.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Avishai NEVEL, John B. Lawson,**
**Kendall W. Gordon, Jr., and**
**David Bonneau, Appellants,**

v.

**Robert HOELLER, Appellee.**

No. 02–1170.

United States Court of Appeals,
Federal Circuit.

Oct. 25, 2002.

Before PAULINE NEWMAN, DYK, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36